735 A.2d 566

IN THE MATTER OF LIBERO D. MAROTTA,
AN ATTORNEY AT LAW.

September 2, 1999.

## ORDER

**LIBERO D. MAROTTA** of **EDGEWATER,** who was admitted to the bar of this State in 1955, having pleaded guilty to one count of obstruction of the administration of justice, in violation of 18 *U.S.C.A.* §§ 1503 and 2, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **LIBERO D. MAROTTA** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **LIBERO D. MAROTTA** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **LIBERO D. MAROTTA** comply with *Rule* 1:20–20 dealing with suspended attorneys.